IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CIVIL ACTION NO. 1:14-CV-1334 |
| Plaintiff | : | |
| | : | (Chief Judge Conner) |
| v. | : | |
| | : | |
| **RICHARD KAUFFMAN, III,** | : | |
| Defendant | : | |

## ORDER

AND NOW, this 21st day of December, 2015, upon consideration of plaintiff's motion for confirmation of public sale (Doc. 13), which states that notice has been given to all lien holders of record and no objection has been made to the sale within the thirty (30) day period, it is hereby ORDERED as follows:

1. That the public sale held on November 5, 2015, is hereby confirmed and the interest of all lien holders are divested.

2. That the United States Marshal is directed to execute and deliver to LANDMARK HOMES AND ACQUISITIONS LLC, their successors and assigns ("Purchaser"), a good and sufficient deed, conveying all the right, title, and interest of RICHARD KAUFFMAN III, in and to the premises sold located at 3208 Lincoln Way East, Fayetteville, PA 17222.

3. The Deed shall be recorded by the Purchaser within thirty (30) days of its delivery to the Purchaser by the Marshal. The Purchaser is solely responsible for payment of all recording charges and expenses.

4. That jurisdiction is retained for such further orders or decrees as may be necessary.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania