**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CIVIL ACTION NO. 1:14-CV-1334** |
| **Plaintiff** | : | |
| | : | **(Judge Conner)** |
| **v.** | : | |
| | : | |
| **RICHARD KAUFFMAN III,** | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 5th day of April, 2016, upon consideration of plaintiff's application for distribution of proceeds (Doc. 17) from the sale of real property located at 3208 Lincoln Way East, Fayetteville, PA 17222, and of the order of court dated December 21, 2015 (Doc. 15), confirming the sale of that property, it is hereby ORDERED that said motion (Doc. 17) is GRANTED.   The United States Marshal is directed to distribute the proceeds of the sale in accordance with the schedule of distribution (see Doc. 17).

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania